**Wyvonna M. BARNETT,
Plaintiff–Appellant,**

v.

**BASHAS INC, Defendant,**

and

**Mesa General Hospital Medical Center,
Defendant–Appellee.**

No. 06–16041.

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2007.*

Filed June 14, 2007.

Wyvonna M. Barnett, Payson, AZ, pro se.

Donald D. Colburn, Joseph A. Kendhammer, Jeanne Ellen Varner Powell, Kendhammer & Colburn LLP, Phoenix, AZ, for Defendant–Appellee.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Wyvonna M. Barnett appeals pro se from the district court's order denying her motion to reconsider the judgment in her action alleging medical negligence. We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion the district court's denial of a Fed.R.Civ.P. 60 motion, *see School Dist. No. 1J, Multnomah County v. ACandS, Inc.,* 5 F.3d 1255, 1262 (9th Cir.1993), and we affirm.

Because Barnett failed to establish: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud, misrepresentation or other misconduct; (4) a void judgment; (5) satisfaction, release or discharge of the judgment; or (6) any other reason justifying relief, the district court properly denied Barnett's motion for reconsideration. *See id.* at 1263.

Barnett's remaining contentions are unpersuasive.

Barnett's request for review of appeal or transfer to the Supreme Court is denied.

**AFFIRMED.**

---

* Because the panel unanimously finds this case suitable for decision without oral argument, Barnett's request for a hearing is denied. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.